Katie Adams, Respondent, v. Queens County Savings Bank, Appellant. — Judgment and order of the County Court of Queens county affirmed,

with costs. No opinion. Hirschberg, Burr, Carr and Rich, JJ., concurred; Thomas, J., dissented.